UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LAEL AND SCOTT ROGERS | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 3:17-cv-455-M |
| | § | |
| ALLSTATE VEHICLE AND | § | |
| PROPERTY INSRUANCE COMPANY | § | |
| | § | |
| Defendant. | § | |

## JOINT SETTLEMENT STATUS REPORT

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Pursuant to the Court's June 20, 2017 Scheduling Conference Order (Doc. 17), Plaintiffs and Defendant submit this Joint Settlement Status Report.

The parties have entered discussions regarding the possibility of settling the case. Plaintiffs sold the property in question during this suit. Defendant has requested certain documents related to the sale of the property. Plaintiffs are currently in the process of gathering the documents requested by Defendant. The parties will revisit the possibility of resolving this case after Defendant has had the opportunity to review the requested documents. The parties will also discuss the possibility of resolving the case through mediation after Defendant has had the opportunity to review the requested documents. At this time, the parties do not desire a settlement conference to be conducted by a Magistrate Judge.

Respectfully submitted,

**MCCLENNY MOSELEY & ASSOCIATES**

By:     /s/ *Sean Patterson*
            James M. McClenny
            State Bar No. 24091857
            Federal I.D. No. 2764142
            J. Zachary Moseley
            State Bar No. 24092863
            Federal I.D. No. 2706476
            Sean Patterson
            State Bar No. 24073546
            411 N. Sam Houston Pkwy E.
            Suite 200, Houston, TX 77060
            Principal Office: 713-334-6121
            Facsimile: 713-322-5953
            James@mma-pllc.com
            Zach@mma-pllc.com
            Sean@mma-pllc.com

**ATTORNEYS FOR PLAINTIFFS**

AND

**STACY | CONDER | ALLEN LLP**

By:     */s/ David G. Allen*
            Stacy & Conder, LLP
            David G. Allen
            Texas Bar No. 00786972
            Danah L. Woods
            Texas Bar No. 24045259
            901 Main Street, Suite 6200
            Dallas, TX 75202 Tel: 214-748-5000
            Facsimile: 214-748-1421 allen@stacyconder.com
            woods@stacyconder.com

**ATTORNEYS FOR DEFENDANT**

\

## CERTIFICATE OF SERVICE

On October 2, 2017, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Sean Patterson*