UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LAEL AND SCOTT ROGERS | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 3:17-cv-455-M |
| | § | |
| ALLSTATE VEHICLE AND | § | **(JURY)** |
| PROPERTY INSURANCE COMPANY | § | |
| | § | |
| Defendant. | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COME NOW, Plaintiffs Lael and Scott Rogers and Defendant Allstate Vehicle and Property Insurance Company and file this Joint Stipulation of Dismissal With Prejudice under Federal Rule of Civil Procedure 41(a)(1)(ii) and in support thereof would show the Court as follows:

1. Plaintiffs are Lael and Scott Rogers. Defendant is Allstate Vehicle and Property Insurance Company.

2. Plaintiffs filed suit against Defendant for damages under a homeowners' policy arising out of damages which occurred on July 15, 2016.

4. Plaintiffs and Defendant have reached a compromise and settlement regarding the claims in this lawsuit. As a result, Plaintiffs desire to dismiss with prejudice all claims and causes of action asserted against Defendant. Both Plaintiffs and Defendant agree to this dismissal with prejudice.

5. This case is not a class action.

6. A receiver has not been appointed in this action.

7. This case is not governed by any federal statute that requires an order of the court for dismissal of the case.

8. Plaintiffs have not dismissed an action based on or including the same claims as those presented in this suit.

9. This dismissal is requested to be with prejudice as to Defendant Allstate Vehicle and Property Insurance Company.

        Respectfully submitted,

        **MCCLENNY MOSELEY & ASSOCIATES**

        */s/ James M. McClenny*
        James M. McClenny
        State Bar. 24091857
        411 N. Sam Houston Pkwy. E., Ste. 200
        Houston, Texas 77060
        Phone: 713-334-6121
        Fax: 713-322-5953
        james@mma-pllc.com
        **ATTORNEY FOR PLAINTIFFS**

        AND

        **STACY | CONDER | ALLEN LLP**

        By: */s/ - David G. Allen*
             David G. Allen
             State Bar No. 00786972
             allen@stacyconder.com
             901 Main Street, Suite 6200
             Dallas, Texas 75202
             (214) 748-5000
             (214) 748-1421 (fax)

        **ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

On May 23, 2018 I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

                                               */s/ - David G. Allen*
                                               David G. Allen

608262

## **CERTIFICATE OF SERVICE**

On April 10, 2018 I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

> */s/ - David G. Allen*
> David G. Allen

DGA/PLDG/602962.1/000003.16993